UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ROSA NEELY,

                Plaintiff,           00 CIV. 2013 (SJ)

  -against-

PENSION TRUST FUND OF THE PENSION,    **SATISFACTION OF**
HOSPITALIZATION and BENEFIT PLAN of the    **JUDGMENT**
ELECTRICAL INDUSTRY and the Trustees of the
PENSION TRUST FUND of the PENSION,
HOSPITALIZATION and BENEFIT PLAN of the
ELECTRICAL INDUSTRY,

                Defendants.
------------------------------------------------------------ x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 4 - 2005 ★
P.M. _____
TIME A.M. _____

Satisfaction of judgment is hereby acknowledged by the payment of retroactive benefits with interest and the acknowledgement of Plaintiff's eligibility for benefits and their prospective payment in accordance with Defendants' plan documents.

Dated: New York, New York
September 7, 2005

LEGAL SERVICES FOR THE ELDERLY

By: _____
Gary Steven Stone (GSS5563)
Attorneys for Plaintiff
130 West 42nd Street, 17th Floor
New York, New York 10036-7803
Tel: (212) 391-0120
Fax: (212) 719-1939

SO ORDERED:
   s/SJ          Sept. 2005
U.S.D.J.

SDNY Web 4/99